IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHUJAA ASKARI,
    Plaintiff

vs. : CIVIL NO. 1:CV-12-2042

SUPERINTENDENT KERESTES, et al. : (Judge Caldwell)
    Defendants

*O R D E R*

AND NOW, this 19th day of April, 2013, upon consideration of the report (Doc. 27) of the magistrate judge, filed March 22, 2013, the lack of objections thereto, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 27) is adopted.

    2. Plaintiff's motion (Doc. 26) for default judgment is denied.

    3. The second amended complaint (Doc. 25) is hereby dismissed.

    4. The Clerk of Court shall close this file.

                        /s/William W. Caldwell
                         William W. Caldwell
                         United States District Judge